IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>OLEN WARNER<br><br>Defendants. | 4:24CR3029<br><br>**ORDER** |

IT IS ORDERED:

1) On or before November 6, 2024, Defense Counsel and Counsel for the Government are ordered to file copies of all exhibits, together with an index of evidence, supporting their respective position on the pending motions. This includes, but is not limited to, any video/audio recordings and law enforcement reports referenced in the parties' briefs.[1]

Dated this 31st day of October, 2024.

---

[1] At this time, the Court is <u>not</u> seeking materials relating to the confidential informants' identities for *in camera* review, as suggested by the government as an alternative form of relief.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge